**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFRYN PARK REALTY, LLC,<br><br>                            Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 8-25-72381-ast |
| JEFRYN PARK REALTY, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>FAROPOINT ACQUISITIONS, LLC, and<br>FAROPOINT INDUSTRIAL SLB CLUB-NY1, LLC<br><br>             Defendants. | Adv. Pro. No.: 25-08096-ast |

## CONSENT ORDER DISCONTINUING
## ADVERSARY PROCEEDING WITH PREJUDICE

Upon the Stipulation of Discontinuance with Prejudice [ECF No. 10] signed by Jefryn Park Realty, LLC, as Plaintiff, and Faropoint Acquisitions, LLC, and Faropoint Industrial SLB Club-NY1, LLC, as Defendants, for the discontinuance of the above-captioned adversary proceeding, and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the above-entitled action be and the same is hereby discontinued with prejudice and without costs to any party; and it is further

**ORDERED**, that upon entry of this Order, the Clerk's Office is directed to dismiss and close this adversary proceeding.

Dated: April 14, 2026
     Central Islip, New York



_____
Alan S. Trust
United States Bankruptcy Judge